IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REESHA MADRID,

    Plaintiff,

v.                                         No. 21-cv-0930 KG/SMV

CHRISTOPHER PADILLA,
and ROBERT GONZALES,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    January 4, 2022, at 9:30 a.m. MST

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **January 4, 2022, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**